```
          UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF WEST VIRGINIA
                 AT CHARLESTON
```

CARL C. FOSTER,

      Plaintiff,

v.                                                Civil Action No. 2:14-24232

JUDGE ANN CHARNOCK and
JUDGE KAUFMAN and JUDGE BAILEY and
JUDGE WEBSTER and JUDGE STUCKY and
JUDGE BLOOM and JUDGE ZAKAIB and
JUDGE KING and DR. CLINTON MILLS and
DR. ADRIAN NAHLA and DINA MOLER and
CAMC and ATTORNEY ALEX OF THE CALWELL GROUP and
ATTORNEY PAUL STROEBEL and
RICHARD MINGUS, Human Rights Commission, and
MR. DUIGUID, Human Rights Commission, and
HUMAN RIGHTS COMMISSION, and
BILLY and HOLLIS LEWIS and CINDY MOSS,
Martin Luther King Community Center, and
CHIEF OF POLICE, OFFICER YOUNG and
OFFICER HOLSTEIN and
TAMMY JONES, Charleston Housing, and
ROB COLES, Charleston Housing, and
CHARLESTON HOUSING and KRT CITY OF CHARLESTON and
THE STATE OF WEST VIRGINIA and GOVERNOR EARL RAY TOMBLIN,

      Defendants.

### MEMORANDUM OPINION AND ORDER

Pending is the motion to dismiss filed August 14, 2014, by the Calwell Practice, L.C., on behalf of defendant "Attorney Alex of the Calwell Group."

This action was previously referred to Dwane L. Tinsley, United States Magistrate Judge, who has submitted his

Proposed Findings and Recommendations ("PF&R") pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B).  The magistrate judge recommends in his PF&R as to Attorney Alex of the Calwell Group alone that the complaint be dismissed for lack of subject matter jurisdiction and the motion to dismiss denied as moot.

On February 23, 2015, the PF&R was filed.  On March 16, 2015, plaintiff filed his objections.  The objections do not address the deficiencies in the complaint identified by the magistrate judge.  They state, in their totality, as follows:

> Due to Health [sic] issues and economic hardship; [sic] I Carl C. Foster am requesting this Court to postpone all my hearings, procedures, and schedules.  My home life is suffering big time, and I need to repair these fractures in my life.  I am requesting the Court grant me a year's time to repair my fractured health and social, home, and Family [sic] life.

(Objecs. at 1).  Inasmuch as plaintiff offers no authority supporting the exercise of subject matter jurisdiction, the court is unauthorized to enter the requested stay or otherwise retain jurisdiction over the case.  The objections are thus not meritorious.

Following a de novo review, and having concluded that the objections lack merit, it is ORDERED that the PF&R be, and it hereby is, adopted and incorporated herein.  It is further ORDERED that this action, as to Attorney Alex of the Calwell

Group alone, be, and hereby is, dismissed.  It is further ORDERED that the motion to dismiss be, and hereby is, denied as moot.

The Clerk is directed to send a copy of this written opinion and order to counsel of record and plaintiff.

ENTER: March 25, 2015

John T. Copenhaver, Jr.
United States District Judge