```
            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF WEST VIRGINIA
                   AT CHARLESTON
```

CARL C. FOSTER,

    Plaintiff,

v.                            Civil Action No. 2:14-cv-24232

JUDGE ANNE B. CHARNOCK, et al.,

    Defendants.

## MEMORANDUM OPINION AND ORDER

Pending before the court is the plaintiff's complaint, alleging a number of claims against thirty-one defendants, including all of the circuit judges of Kanawha County, West Virginia, Municipal Judge Anne B. Charnock of the City of Charleston, West Virginia, and others. This action was previously referred to Dwane L. Tinsley, United States Magistrate Judge, who submitted his Proposed Findings and Recommendation ("PF&R") on January 22, 2018.

The magistrate judge recommends that the court dismiss the plaintiff's complaint, pursuant to 28 U.S.C. § 1915(e)(2)(B), for failure to state a claim on which relief can be granted and as otherwise set out in the PF&R. The plaintiff, proceeding pro se, has not filed objections to the PF&R.

Accordingly, it is ORDERED that:

1. the Proposed Findings and Recommendation be, and it hereby is, adopted and incorporated by the court;

2. the complaint be, and it hereby is, dismissed with prejudice; and

3. this action be removed from the court's docket.

The Clerk is directed to forward copies of this written opinion and order to the pro se plaintiff, all counsel of record, and Magistrate Judge Dwane L. Tinsley.

ENTER: February 26, 2018

John T. Copenhaver, Jr.
United States District Judge